STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone:  (310) 785-0885
Facsimile:  (310) 785-0787
E-Mail:  *srichman@erlaw.com*
         *hmmadnick@erlaw.com*

Attorneys for Defendant FIRST FEDERAL
BANK OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. RAMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST FEDERAL BANK,<br><br>  Defendant. | CASE NO. C 07-06494 BZ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Bernand Zimmerman conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: January 21, 2008          EPPORT, RICHMAN & ROBBINS, LLP


                                 By:  /S/ H. MARK MADNICK
                                      H. MARK MADNICK
                                 Attorneys for Defendant FIRST FEDERAL BANK
                                 OF CALIFORNIA

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On January 22, 2008, I served true copies of the following document(s) described as **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN**

on the interested parties in this action as follows:

Daniel Zarazua Ramos                    In Pro Per
Monica Huerta Martinez
4529 Spellbinder Court
Sacramento, California 95826-6509

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2008, at Los Angeles, California.

Darice Pequignot

8710 CTPMJ.doc

C 07-06494 BZ

*CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN*