STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*hmmadnick@erlaw.com*

Attorneys for Defendant FIRST FEDERAL
BANK OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST FEDERAL BANK,<br><br>    Defendant. | CASE NO. C 07-06494 BZ<br><br>**NOTICE OF MOTION AND MOTION OF FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS COMPLAINT OF DANIEL ZARAZUA RAMOS**<br><br>(Memorandum of Points and Authorities and Declaration(s) of attached hereto)<br><br>**DATE: March 5, 2008**<br>**TIME: 10:00 a.m.**<br>**CRTRM: G** |

TO THE HONORABLE BERNARD ZIMMERMAN:

NOTICE IS HEREBY GIVEN THAT on March 5, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom G of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendant First Federal Bank of California ( "First Federal") will, and hereby does, move the Court for an Order dismissing the "Petition for Libel of Review Of An Administrative Judgment" ("Complaint") of Daniel Zarazua Ramos ("Ramos"). This Motion is made pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure and upon the following grounds:

1. The Complaint merely strings together unrelated and irrelevant authorities without articulating any cognizable claim for relief.

2. This Court has already dismissed identical Complaints filed by Ramos on the same basis.

This Motion will be based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herein; the pleadings and records relating to this action; and such other and further written and oral evidence as may be presented in connection with the hearing on this Motion.

DATED: January 22, 2008        EPPORT, RICHMAN & ROBBINS, LLP


By: /S/H. MARK MADNICK
H. MARK MADNICK
Attorneys for Defendant FIRST FEDERAL BANK OF CALIFORNIA

8710 Motion to Dismiss.doc    2    C 07-06494 BZ
*NOTICE OF MOTION AND MOTION OF FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On January 22, 2008, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS COMPLAINT OF DANIEL ZARAZUA RAMOS** on the interested parties in this action as follows:

Daniel Zarazua Ramos                              In Pro Per
Monica Huerta Martinez
4529 Spellbinder Court
Sacramento, California 95826-6509

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2008, at Los Angeles, California.

Darice Pequignot