# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 23, 2008

To:   **Daniel Zarazua Ramos**
4529 Spellbinder Ct.
Sacramento, CA 95826

Re: Daniel Z. Ramos v. First Federal Bank - C07-6494 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **March 5, 2008 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ *Lashanda Scott*
By:   Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd