FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniel Z. Ramos,

    Plaintiff(s),

v.

First Federal Bank,

    Defendant(s).

No. C 07-6494 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/25/08

Signature _[signature]_ Without Prejudice
Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm