**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                       415.522.2000

**January 30, 2008**

**CASE NUMBER:  CV 07-06494 BZ**
**CASE TITLE:  DANIEL Z. RAMOS-v-FIRST FEDERAL BANK**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/30/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                        Entered in Computer 1/30/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA