**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. RAMOS, | No. C 07-06494 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING MOTION AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| FIRST FEDERAL BANK, | |
| Defendant. | |
| _____/ | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

　　　　YOU ARE NOTIFIED THAT the Court has scheduled Defendant's Motion to Dismiss and an Initial Case Management Conference for **March 13, 2008 at 8:00 a..m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven days prior, counsel/parties shall submit a joint case management conference statement not to exceed ten pages.

　　　　Parties requesting a continuance shall submit a stipulation and proposed order.  If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: February 1, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
　　Dawn K. Toland
　　Courtroom Deputy to the
　　Honorable William Alsup