~~SUPERIOR COURT~~, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL Z. RAMOS )
C/o 4529 Spellbinder Court )
Sacramento, California Zip Code )
Exempt, )
      Libellant, )
  vs. )
FIRST FEDERAL BANK et. Al. )
C/o 1875 Century Park East Suite 800 )
Los Angeles, California [90067] )
      Libellee, )

Case No.: Case No.: C 07-6494 BZ

MEMORANDUM CONTRA REQUEST TO STRIKE

MEMORANDUM

Now, by special appearance, comes Daniel Zarazua Ramos the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)    I am of legal age, competent to testify and under no legal disability.

2.)    Libellant has filed an action for declaratory judgment.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) FIRST FEDERAL'S PRESENTMENT fails to aver any first hand knowledge

of the facts therein.

7.) Averments of an attorney are not first hand evidence and serve as

hearsay testimony which is not admissible.

8.) I have perfected an administrative COUNTERCLAIM procedure to

exhaust my administrative remedies in this instant matter, see

Notary Protest.

9.) An examination of the Notary Protest will serve to establish that

FIRST FEDERAL BANK has agreed to be bound to the COUNTERCLAIM obtained through

the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

10.) On 08/22/2007 Libellees sent a presentment to me demanding payment of a sum certain.

11.) I conditionally accepted that presentment upon FIRST FEDERAL'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.) The RECORD shows that FIRST FEDERAL refused and/or failed to provide the requested proof of claim.

13.) The RECORD shows that FIRST FEDERAL is now resorting to ridicule to avoid the obvious established fact that there is no debt due and owing FIRST FEDERAL.

14.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

15.) FIRST FEDERAL has at no time, until now, indicated any confusion with my correspondence.
16.) FIRST FEDERAL has remained silent until now.

17.) FIRST FEDERAL had ample opportunity to ask for a more definitive statement.

18.) The RECORD shows that no such request for a more definitive statement was executed.

19.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

20.) The Protest evidences FIRST FEDERAL'S agreement, consent and stipulation to our position.

21.) A declaratory judgment establishing FIRST FEDERAL'S default is appropriate.

My yea is my yea and my nay is my nay.

Dated this 5th day of February, 2008

*[signature]*
By: authorized representative
Without recourse