FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ~~SUPERIOR COURT~~, STATE OF CALIFORNIA

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  DANIEL Z. RAMOS                    ) Case No.: Case No.: C 07-6494 BZ
                                      )
7  C/o 4529 Spellbinder Court         )
                                      ) **NOTICE OF APPOINTMENT OF CO-FIDUTIARY**
8  Sacramento, California Zip Code    )
                                      ) **TRUSTEES**
9  Exempt,                            )
                                      )
10            Libellant,              )
                                      )
11       vs.                          )
                                      )
12 FIRST FEDERAL BANK et. Al.         )
                                      )
13 C/o 1875 Century Park East Suite 800 )
                                      )
14 Los Angeles, California [90067]    )
                                      )
15            Libellee,               )

16 Notice to the agent is notice to the principal, notice to the principal is

17 notice to the agent.

18 Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEE

19      Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and

20 blood man, Sui Juris and unschooled in law, hereinafter referred to as me,

21 my, I, or the like, to make the following NOTICE with clean hands, full

22 disclosure and no intent to defraud, furthermore, the following first hand

23 asseverations are true, complete, certain and not meant to mislead

24 Additionally this presentment is not put forth for purposes of delay nor to

25 request any B.A.R. member attorned esquire, or agents thereof, to make any

APPOINTMENT OF CO-FIDUCIARY TRUSTEE - 1 OF 2

determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be bound by its terms. Fail not under penalty of Law! NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally appoint H. MARK MADNICK 00228126 esquire as co-fiduciary trustee for the purpose of using my exemption to settle and close any outstanding debt owed FIRST FEDERAL.

Dated this 5th day of February, 2008

*[signature]*
By: authorized representative
Without recourse