FILED

1    ~~SUPERIOR COURT~~, STATE OF CALIFORNIA

2                UNITED STATES DISTRICT COURT

3            NORTHERN DISTRICT OF CALIFORNIA

FEB - 6 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
RICHARD W. WIEKING
CT OF CALIFORNIA

4

5
                                    ) Case No.: Case No.: C 07-6494 DZ
6   DANIEL Z. RAMOS                  )
                                     )
7   C/o 4529 Spellbinder Court       )
                                     ) **NOTICE OF ACCEPTANCE OF OATHS OF**
8   Sacramento, California Zip Code  )
                                     ) **OFFICE AND BONDS**
9   Exempt/                          )
                                     )
10              Libellant,           )
                                     )
11      vs.                          )
                                     )
12  FIRST FEDERAL BANK et. Al.       )
                                     )
13  C/o 1875 Century Park East Suite 800  )
                                     )
14  Los Angeles, California [90067]  )
                                     )
15              Libellee,            )

16  Notice to the agent is notice to the principal, notice to the principal is

17  notice to the agent.

18  Re: NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS

19      Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and

20  blood man, Sui Juris and unschooled in law, hereinafter referred to as me,

21  my, I, or the like, to make the following NOTICE with clean hands, full

22  disclosure and no intent to defraud, furthermore, the following first hand

23  asseverations are true, complete, certain and not meant to mislead

24  Additionally this presentment is not put forth for purposes of delay nor to

25  request any B.A.R. member attorned esquire, or agents thereof, to make any

ACCEPTANCE OF OATHS AND BONDS - 1 OF 2

1   determinations for me, legal or otherwise, including but not limited to any

2   so called "overturning of a motion". This is not a motion. This is a NOTICE.

3   If you are reading this then the presumption will operate that you have

4   ACTUAL NOTICE of the subject matter herein and by acting contrary to this

5   NOTICE you will be bound by its terms. Fail not under penalty of Law!

6   NOTICE is hereby given that:

7
    1.)    I am of legal age, competent to testify and under no legal
8          disability.

9   2.)    As the creditor and principal, I hereby formally accept the Oaths

10      of Office and Bonds of BERNARD ZIMMERMAN esquire and JOHN J. KRALIK

11      0091206, esquire forming a contract in the common law.

12
                                    Dated this 5th day of February, 2008
13

14                                  By: authorized representative
                                    Without recourse
15

16

17

18

19

20

21

22

23

24

25

ACCEPTANCE OF OATHS AND BONDS - 2 OF 2