~~SUPERIOR COURT~~, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL Z. RAMOS | ) Case No.: C 07-6494 |
| C/o 4529 Spellbinder Court | ) **CERTIFICATE OF SERVICE** |
| Sacramento, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| FIRST FEDERAL BANK et. Al. | ) |
| C/o 1875 Century Park East Suite 800 | ) |
| Los Angeles, California [90067] | ) |
| Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

1  2.)  This is to certify that on February 5, 2008 I placed a true and
2      accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF
3      FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE and
4      NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage
5      prepaid and addressed as follows:
6  FIRST FEDERAL BANK et. Al.
7  C/o H. MARK MADNICK 00228126, esquire
8  1875 Century Park East Suite 800
9  Los Angeles, California [90067]
10      With certified mail number 7007 1490 0003 5477 8738

Dated this 5th day of February, 2008

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2