STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone:   (310) 785-0885
Facsimile:    (310) 785-0787
E-Mail:        srichman@erlaw.com
                    hmmadnick@erlaw.com

Attorneys for Defendant FIRST FEDERAL
BANK OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. RAMOS,<br><br>            Plaintiff,<br><br>    v.<br><br>FIRST FEDERAL BANK,<br><br>            Defendant. | CASE NO. C 07-06494 WHA<br><br>**OBJECTION TO DOCUMENTS FILED BY DANIEL Z. RAMOS** |

TO THE HONORABLE WILLIAM H. ALSUP UNITED STATES DISTRICT JUDGE:

NOTICE IS HEREBY GIVEN that Defendant FIRST FEDERAL BANK OF CALIFORNIA ("First Federal") hereby objects to the filing of the following documents by Plaintiff DANIEL Z. RAMOS ("Plaintiff"):

1. Memorandum in Opposition re Motion to Dismiss the Complaint of Daniel Ramos;

2. Notice Of Appointment Of Co-Fiduciary Trustees; and,

3. Notice Of Acceptance Of Oaths Of Office And Bonds.

/ / /

/ / /

1      First Federal objects to the filing of the above-referenced documents on the
2  following grounds:
3      1.   The contents of these documents have no basis in fact or law.
4      2.   The contents of these documents are contradicted by the Motion to Dismiss
5  of First Federal.
6      3.   Without limitation, First Federal and its counsel reject any appointment or
7  designation by Plaintiff for them to serve in any representative or fiduciary capacity for the
8  Plaintiff.

11  DATED: February 12, 2008          EPPORT, RICHMAN & ROBBINS, LLP

14          By: /S/H. MARK MADNICK
               H. MARK MADNICK
15          Attorneys for Defendant FIRST FEDERAL BANK
            OF CALIFORNIA

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On February 12, 2008, I served true copies of the following document(s) described as **NOTICE OF OBJECTION TO DOCUMENTS FILED BY DANIEL Z. RAMOS**

on the interested parties in this action as follows:

Daniel Zarazua Ramos                    In Pro Per
Monica Huerta Martinez
4529 Spellbinder Court
Sacramento, California 95826-6509

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2008, at Los Angeles, California.

Darice Pequignot