IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ZARAZUA RAMOS,

    Plaintiff,

  v.

FIRST FEDERAL BANK,

    Defendant.

No. C 07-06494 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Daniel Z. Ramos filed a "petition for libel of review of an administrative judgment" on December 28, 2007. Plaintiff's opposition to defendant's motion to dismiss was due on February 21, 2008. No opposition was filed. Plaintiff is hereby ordered to appear for the hearing set for March 13, 2008, at 8:00 a.m. for defendant's motion to dismiss and to show cause why it should not be granted.

**IT IS SO ORDERED.**

Dated: February 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE