UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. RAMOS,<br><br>                Plaintiff,<br><br>    v.<br><br>FIRST FEDERAL BANK et al,<br><br>                Defendant.<br>_____/ | Case Number: CV07-06494 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Zarazua Ramos
4529 Spellbinder Ct.
Sacramento, CA 95826

Dated: February 22, 2008

                                                          Richard W. Wieking, Clerk
                                                          By: Dawn Toland, Deputy Clerk