**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ZARAZUA RAMOS,

    Plaintiff,

  v.

FIRST FEDERAL BANK,

    Defendant.
                               /

No. C 07-06494 WHA

**ORDER DISMISSING ACTION**

    This pro se action arises out of a lender-debtor dispute but has been bizarrely cast in the pleading as an admiralty suit involving only "U.S. Vessels." The complaint is a masterpiece of gobbledygook.

    On March 13, 2008, the Court heard defendant's motion to dismiss the complaint, entitled, "Petition for Libel of Review of an Administrative Judgment." Plaintiff had been ordered to appear after he failed to file an opposition to defendant's motion to dismiss.

    At the hearing, the Court found that the complaint, which asserted jurisdiction under admiralty law, was incomprehensible, fraudulent, and frivolous. The complaint stated that "[i]n this instant action all parties are U.S. VESSELS and fit the legal definition of a U.S. Vessel" (Compl. ¶ 18). The Court then asked plaintiff more than once whether he was a "ship, vessel, or boat." Time and again, plaintiff obstinately refused to answer, repeating that First Federal Bank never responded to yet another document (outside the complaint) which he served up at the hearing.

1  Plaintiff has a history of filing similar pleadings.  On October 25, 2007, he filed a "Petition for Libel of Review of an Administrative Judgment" against World Savings, which the Honorable Charles Breyer dismissed with prejudice (*Ramos v. World Savings et al.*, MC 07-80249 CRB).  Judge Breyer had initially dismissed the case with 20 days leave to amend, but plaintiff never amended the complaint and did not otherwise communicate with the district court.  On December 28, 2007, plaintiff filed the *identical* "complaint" against World Savings (*Ramos v. World Savings et al.*, C 07-6495 WHA).  These complaints all seem to have been pulled off the same Internet website purporting to eliminate debts.

This action has all the hallmarks of a debt-elimination Internet scam.  Defense counsel was singularly unhelpful in illuminating what the bank has done to report this possible fraudulent scheme.  As a federally-regulated bank, defendant has the duty to report misconduct to the proper federal regulatory authorities.

Because the complaint is incomprehensible and frivolous, it is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.  This order does not address the validity of the loan between plaintiff and First Federal Bank.  At the hearing, the Court cautioned Mr. Ramos against filing any more such frivolous admiralty actions.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2