# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: <u>March 13, 2008</u>

Case No.  <u>C 07-06494 WHA</u>

Title: DANIEL ZARAZUA RAMOS  v. FIRST FEDERAL BANK

Plaintiff Attorneys: Daniel Ramos, Pro Se
Interpreter:  Sergio Gutierrez - sworn    Language: Spanish
Defense Attorneys: Riley Hurd

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: <u>Sahar McVickar</u>

## PROCEEDINGS

1)   <u>Deft's Motion to Dismiss - HELD.</u>


**ORDERED AFTER HEARING:**   Complaint dismissed with prejudice.   The Court to issue an order.