FILED
08 APR 11 PM 2: 24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZARAZUA RAMOS, | ) Case No. C-07-06494 WHA |
| C/o 4529 Spellbinder Court | ) NOTICE TO SHOW CAUSE |
| Sacramento, California Zip Code | ) Private Notice, not yet for public filing |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| FIRST FEDERAL BANK et. Al. | ) |
| C/o 1875 Century Park East Suite 800 | ) |
| Los Angeles, California [90067] | ) |
| Libellee, | ) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

NOTICE TO SHOW CAUSE

Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any

<sup>Case 3:07-cv-06494-WHA    Document 22    Filed 04/11/2008    Page 2 of 4</sup>

1  determinations for me, legal or otherwise, including but not limited to any
2  so called "overturning of a motion". This is not a motion. This is a NOTICE.
3  If you are reading this then the presumption will operate that you have
4  ACTUAL NOTICE of the subject matter herein and by acting contrary to this
5  NOTICE you will be bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

8
9  1.)    I am of legal age, competent to testify and under no legal
   disability.

OVERVIEW OF FACTS

11 2.)    On or about _____ I sent a MEMORANDUM, ACCEPTANCE
12     OF OATH OF OFFICE AND BOND, AND NOTICE OF APPOINTMENT OF CO-FIDUCIARY
13     TRUSTEE to WILLIAM ALSUP, esquire.
14 3.)    WILLIAM ALSUP, esquire is represented to be the
15     "judge" in this matter.
16 4.)    WILLIAM ALSUP, esquire, is presumed to have
17     graduated from some "law school" and subsequently been admitted to the
18     local branch of the private B.A.R., taking some oath of office,
       presumably as an "officer of the court".
19 5.)    WILLIAM ALSUP, esquire, is presumed to have the
20     basic mental skills to be able to look up confusing legal terms in a
21     law dictionary, apply them to the subject matter and form honest
22     answers that address the questions as posed.
23 6.)    The RECORD shows that WILLIAM ALSUP, esquire
24     filed documents in this case claiming incompetence to be able to
       comprehend the English language as contorted by those in the "legal
25     profession" and has, as a result, lowered himself to ridicule.

IN CONCLUSION

7.)    WILLIAM ALSUP, esquire has three days from the

verifed receipt of this NOTICE to SHOW CAUSE why;

    a. a report of incompetence should not issue to the B.A.R. and
    b. any bonds for WILLIAM ALSUP should not be liquidated.

My yea is my yea and my nay is my nay.

Dated this ___ day of April, 2008

By: authorized representative
Without recourse

