```
                                                            FILED
                                                          APR 18 2008
                    UNITED STATES DISTRICT COURT
                                                        RICHARD W. WIEKING
                    NORTHERN DISTRICT OF CALIFORNIA     CLERK U.S. DISTRICT COURT,
                                                       NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| DANIEL ZARAZUA RAMOS, | ) Case No. C-07-06494 WHA |
| | ) |
| C/o 4529 Spellbinder Court | ) NOTICE TO SHOW CAUSE |
| | ) Private Notice, not yet for public filing |
| Sacramento, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| FIRST FEDERAL BANK et. Al. | ) |
| C/o 1875 Century Park East Suite 800 | ) |
| Los Angeles, California [90067] | ) |
| Libellee, | ) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

### NOTICE TO SHOW CAUSE

Now, by special appearance, comes Daniel Zarazua Ramos, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any

determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law! NOTICE is hereby given that:

1.)   I am of legal age, competent to testify and under no legal disability.

OVERVIEW OF FACTS

2.)   On or about January 2008, I sent a MEMORANDUM, ACCEPTANCE OF OATH OF OFFICE AND BOND, AND NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE to WILLIAM ALSUP, esquire.

3.)   WILLIAM ALSUP, esquire is represented to be the "judge" in this matter.

4.)   WILLIAM ALSUP, esquire, is presumed to have graduated from some "law school" and subsequently been admitted to the local branch of the private B.A.R., taking some oath of office, presumably as an "officer of the court".

5.)   WILLIAM ALSUP, esquire, is presumed to have the basic mental skills to be able to look up confusing legal terms in a law dictionary, apply them to the subject matter and form honest answers that address the questions as posed.

6.)   The RECORD shows that WILLIAM ALSUP, esquire filed documents in this case claiming incompetence to be able to comprehend the English language as contorted by those in the "legal profession" and has, as a result, lowered himself to ridicule.

IN CONCLUSION

7.)    WILLIAM ALSUP, esquire has three days from the

verifed receipt of this NOTICE to SHOW CAUSE why;

    a. a report of incompetence should not issue to the B.A.R. and
    b. any bonds for WILLIAM ALSUP should not be liquidated.

My yea is my yea and my nay is my nay.

                                Dated this 14_day of April, 2008

*[signature: Daniel Zagura]*
By: authorized representative
Without recourse

Daniel Zaragoza Ramos.
4529 Spellbinder court
Sacramento, CA 95826

7007 0710 0003 1813 2617

CERTIFIED MAIL

OFFICE OF THE CLERK U.S. DISTRICT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
WILLIAM ALSUP
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

U.S. PAID
SACRAMENTO, CA
APR 15, 08
AMOUNT
$3.06
00039172-05