From: Daniel Zarazua Ramos
C/o 4529 Spellbinder Court
Sacramento, California

**FILED**

To: WILLIAM ALSUP, respondent
c/o: UNITED STATES DISTRIC COURT
450 Golden Gate Ave.
San Francisco, California 94102

MAY 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

### VERIFIED NOTICE OF DEFAULT WITH OPPORTUNITY TO CURE

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: Daniel Zarazua Ramos

Now comes Daniel Zarazua Ramos hereinafter referred to as me, my, I or the like, Sui Juris, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following  first  hand asseverations are true, complete, certain and not meant to mislead.

1.) I am of legal age, competent to testify and under no legal disability.

2.) A certain AFFIDAVIT with attachments to WILLIAM ALSUP is made a part of this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE  by reference as if fully written out herein and hereinafter referred to as PRESENTMENT was sent to WILLIAM ALSUP, respondent on April 17, 2008.

3.) WILLIAM ALSUP received the PRESENTMENT as evidenced by Certified Mail number 7007 0710 0003 1813 2617 dated April 17, 2008.

4.) As of May 15, 2008, I have not received a rebuttal from WILLIAM ALSUP.

5.) WILLIAM ALSUP is now in DEFAULT.

6.) By this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WILLIAM ALSUP has three additional days opportunity to cure the DEFAULT.

7.) WILLIAM ALSUP and/or any other interested party have three days from the verified receipt of this VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE to rebut the PRESENTMENT item by item and line by line or be forever esstopped by DEFAULT.

8.) DEFAULT on the part of respondent will constitute agreement, consent and stipulation to be bound by tacit consent to me, by adhesion, for the liability as outlined in the PRESENTMENT.

1

9.) DEFAULT on the part of respondent will vest DANIEL ZARAZUA RAMOS with POWER OF ATTORNEY of WILLIAM ALSUP for the purpose of liquidating all of the assets of WILLIAM ALSUP to satisfy this obligation.

10.) If additional time is needed for a rebuttal, respondent must request a reasonable extension of time within the three day limit accompanied with the release of the "injunction" against Daniel Zarazua Ramos or the posting to the security of DANIEL ZARAZUA RAMOS a bond equaling the amount of gold or silver coin necessary to compensate me for the trespass in an amount equaling one million dollars, lawful specie gold or silver coin.

11.) If another copy of PRESENTMENT is needed by respondent, a written request for one including a self addressed, stamped (2.50) sent to me at the above mailing location will be honored.

My yes is my yes and my no is my no.

Daniel Zarazua Ramos
By; Authorized Representative

Monica Huerta MTZ
Witness

Witness

From: Daniel Zarazua Ramos
C/o 4529 Spellbinder Court
Sacramento, California

To: WILLIAM ALSUP, respondent
c/o: UNITED STATES DISTRIC COURT
450 Golden Gate Avenue
San Francisco, California 94102

## CERTIFICATE OF SERVICE

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: Daniel Zarazua Ramos

On May 15,  2008,  I caused the forgoing:
VERIFIED NOTICE OF DEFAULT AND OPPORTUNITY TO CURE with attachments

 to be sent by certified mail #7007 0710 0003 5067 2959  to:

To: WILLIAM ALSUP, respondent
c/o: UNITED STATES DISTRIC COURT
450 Golden Gate Avenue
San Francisco, California [94102]

My yes is my yes and my no is my no.

Daniel Zarazua Ramos
By; Authorized Representative

Witness

Witness

3



Daniel Zavala Ramos
4529 Spellbinder Ct.
Sacramento CA.
95826

CERTIFIED MAIL

7007 0710 0003 5067 2959

$5.53

TO: WILLIAM ALSUP
c/o: UNITED STATES DISTRICT
COURT
950 Golden Gate Ave.
San Francisco California
94102